**Phillip PARISH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 102913**

Missouri Court of Appeals, Eastern District, DIVISION TWO.

Filed: July 12, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied August 15, 2016

Srikant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO. 63101, for appellant.

Christine K. Lesicko, P.O. Box 899, Jefferson City, Mo. 65102, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

### ORDER

PER CURIAM

Phillip Parish ("Movant") appeals the judgment of the Circuit Court of St. Louis County denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Movant contends the motion court erred in denying his motion because his counsel was ineffective for: 1) failing to properly investigate certain witnesses; and/or 2) misleading him as to the results of that investigation.

We find the motion court's findings of fact and conclusions of law are not clearly erroneous and affirm. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).